IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02373-BNB

ISAAC JOHN GALINDO,

    Plaintiff,

v.

PUEBLO COUNTY 10TH JUDICIAL DISTRICT,
PUEBLO COUNTY DISTRICT ATTORNEY,
CORRECTIONAL HEATH CARE MANAGEMENT,
PUEBLO COUNTY SHERIFF'S DEPT., and
PUEBLO COUNTY COMMISSIONERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2011

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

At the time of filing, Plaintiff, Isaac John Galindo, was a prisoner in the custody of the Pueblo County Sheriff's Department and was incarcerated at the Pueblo County Detention Center. Mr. Galindo initiated this action by filing *pro se* an incomplete Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, together with a certified copy of his trust fund account statement.

By order dated September 28, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and ordered Mr. Galindo to cure certain deficiencies. Specifically, he was ordered to file a complete complaint on the court-approved form. Mr. Galindo filed an amended complaint on October 6, 2010, and he was granted leave to proceed *in forma pauperis* without payment of an initial partial filing fee on October 29, 2010.

On November 2, 2010, Magistrate Judge Boland reviewed the amended complaint and determined that it was deficient because Mr. Galindo named improper defendants and because he also failed to allege the personal participation of all named defendants. Therefore, Mr. Galindo was directed to file a second amended complaint. Mr. Galindo was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

On November 19, 2010, Mr. Galindo filed a "Motion to Ammend [sic] Action and Allow Additional Plaintiff to Ammend [sic] Complaint," and "Motion for Enlargement of Time to Comply with Order Directing Plaintiffs to file Amended Complaint and Request for Injunctive Order of the Court Allowing Plaintiff's Access to Detention Facility Law Library." On December 9, 2010, the Court granted Mr. Galindo's request for additional time to file the second amended complaint but denied his request for injunctive relief. Mr. Galindo was again warned that his failure to file a second amended complaint would result in the dismissal of this action without further notice.

The Court's December 9 Order was returned as undeliverable on December 16, 2010. Mr. Galindo has now failed to file a second amended complaint, as directed by Magistrate Judge Boland, and he has not communicated with the Court since November 19, 2010. Mr. Galindo has also failed to notify the Court of his change of address in a timely manner as required by the Local Rules of Practice of this Court. **See** D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address). Therefore, the Amended Complaint and this action will be dismissed without prejudice. Accordingly, it is

2

ORDERED that the Amended Complaint and this action are dismissed without prejudice for failure to file an amended pleading within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __14th__ day of ___January___, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02373-LTB

Isaac John Galindo
Prisoner No. 126377
Pueblo County Detention Facility
909 Court Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on January 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk