**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02373-LTB

ISAAC JOHN GALINDO,

    Plaintiff,

v.

PUEBLO COUNTY 10TH JUDICIAL DISTRICT,
PUEBLO COUNTY DISTRICT ATTORNEY,
CORRECTIONAL HEATH CARE MANAGEMENT,
PUEBLO COUNTY SHERIFF'S DEPT., and
PUEBLO COUNTY COMMISSIONERS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On July 2, 2012, Plaintiff filed a "Motion to Office of Clerk" [ECF No. 37] in this case, which was closed by Order and Judgment filed on January 14, 2011.  Mr. Galindo states that he has been returned to Weld County jail and asserts that he wants to "start over" with this case.  He requests that the Clerk of the Court "send a copy of any and all motions filed in Case No. 10-cv-02373-LTB".  To the extent Plaintiff requests copies of all documents filed in this closed action, the Motion is DENIED.  Mr. Galindo may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance.  Mr. Galindo is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.  However, to the extent Mr. Galindo seeks forms in order to initiate a new action, the request will be granted.  Therefore, it is

    ORDERED that the Clerk of the Court shall mail to Plaintiff two copies of each of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint.

    Dated:  July 5, 2012